**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TARUN SHARMA,<br><br>                    Plaintiff,<br><br>v.<br><br>MINE HILL SPARTAN, LIMITED LIABILITY COMPANY, and CENGIZ UNAL, individually,<br><br>                    Defendants. | Civil Case No.: 2:17-cv-06331 (JMV)(MF) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action be dismissed in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(c), and without costs to any party as against the other.

| | |
|---|---|
| Dated: New York, New York<br>        June 14, 2018 | Dated: Parsippany, New Jersey<br>        June 14, 2018 |
| **Phillips & Associates, PLLC**<br>*Attorneys for Plaintiff* | **Weiner Law Group, LLP**<br>*Attorneys for Defendants* |
| */s/ Bryan S. Arce, Esq.*<br>Bryan S. Arce, Esq.<br>45 Broadway, Suite 620<br>New York, New York 10006<br>BArce@tpglaws.com | */s/ Douglas S. Zucker, Esq.*<br>Douglas S. Zucker, Esq.<br>629 Parsippany Road<br>P.O. Box 0438<br>Parsippany, New Jersey 07054<br>dzucker@weiner.law |

**SO ORDERED:**

*[signature]*

John Michael Vasquez, U.S.D.J.

Date: 6/15/18